IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SCOTT D. YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:11-00475 |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Before the Court is Plaintiff's Motion for Attorney Fees, Document #20. Subsequent to the Plaintiff's filing of this Motion, the parties submitted a Joint Motion For An Award of Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412, Document #22. The Joint Motion indicates that the parties have reached an appropriate settlement for attorney fees and costs in the amount of $3,850.00 and said Motion, Document #22, is **GRANTED**.

Accordingly, the Plaintiff Scott D Young is awarded $350.00 (three hundred fifty and 00/100) in costs and $3,500.00 (three thousand five hundred and 00/100) in attorney fees subject to any offset under the Treasury Offset Program 31 U.S.C. § 3716 and shall be mailed to Plaintiff's counsel and charged against the Defendant in this action. Plaintiff's Motion for Attorney Fees, Document #20, is **DENIED** as moot.

**IT IS SO ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge